Submitted on record and briefs February 13, affirmed March 22, reconsideration denied April 28, petition for review denied June 15, 1976

In the Matter of the Dissolution of the Marriage of

BURY, *Respondent,*
*and*
BURY, *Appellant.*
(No. 74-0433, CA 4750)
546 P2d 1102

Delores A. Bury, Vida, pro se, appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Affirmed.